WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                        Case No. 6:19-cr-60027-002

JOSHUA TOLLETT                                                                                                    DEFENDANT

**ORDER**

Before the Court is Defendant Joshua Tollett's Motion for Early Termination of Probation. ECF No. 142.

On June 23, 2020, the Court sentenced Defendant to eighteen (18) months imprisonment and four (4) years of supervised release for the offense of Aiding and Abetting in the Distribution of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) and 18 U.S.C. § 2. Defendant began his term of supervised release on January 10, 2022.

In the instant motion, Defendant seeks to have the Court end his current term of supervised release. Defendant cites his compliance with reporting, abstention from drug use, and the steady employment he has maintained. Defendant has served approximately twenty-seven (27) months of his supervised release term of forty-eight (48) months.

The United States Probation Office ("USPO") provided the Court with its assessment of Defendant's request. The USPO notes that Defendant has maintained a stable residence, maintained full-time employment, paid his financial obligation in full, and has had no issues of noncompliance. The USPO further notes that Defendant successfully completed residential substance abuse treatment followed by nearly nine (9) months in chemical-free living. The USPO concludes that Defendant meets a sufficient level of compliance with the statutory requirements for release and does not oppose early termination of Defendant's supervised release. The

government has not responded in opposition to Defendant's request for release from supervision.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. *See id*. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, the need to protect the public from further crimes of a defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

After consideration of the above-referenced factors, the Court finds that the instant motion (ECF No. 142) should be and hereby is **GRANTED** based upon Defendant's good conduct, sufficient adherence to the terms of his supervised release, and the interests of justice. Defendant Joshua Tollett's term of supervised release is hereby **terminated**.

**IT IS SO ORDERED**, this 9th day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge